# ELECTRONIC RECORD

**1656-14**

COA # 10-13-00407-CR

OFFENSE: Ct 1-Aggravated Assault Public Servant (enhanced); Ct. 2- Aggravated Assault Public Servant (enhanced); Ct. 3- Aggravated Assault Public Servant (enhanced)

STYLE: Adam Galvan v. The State of Texas

COUNTY: Johnson

TRIAL COURT: 413th District Court

TRIAL COURT #: F47144

TRIAL COURT JUDGE: Hon. William C. Bosworth Jr.

DISPOSITION: Affirmed

MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: November 26, 2014

JUSTICE: Chief Justice Gray          PC _____  S ___ X.

PUBLISH: _____          DNP: X

CLK RECORD: January 3, 2014

RPT RECORD: March 11, 2014

STATE BR: October 8, 2014

APP BR: August 11, 2014

SUPP CLK RECORD: _____

SUPP RPT RECORD: _____

SUPP BR: _____

PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # **1656-14**

_PRO SE_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _04/15/2015_

JUDGE: _Per Curiam_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____